PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 32-SC-15-172

FILED
2015 JUN -8 PM 3: 18

COLLIN COUNTY, TEXAS

**Plaintiff(s):** _David E. Mack_
**Address:** _7720 McCallum Blvd. #2099_
_Dallas_  _Texas_  _75252_  _972-735-9642_
City  State  Zip  Phone

**IN THE JUSTICE COURT**

**VS.**

JUSTICE OF THE PEACE
PRECINCT _3-2_

**Defendant(s):** _Midland Credit Management, Inc._
**Address:** _8875 Aero Drive, Suite 200_
_San Diego_  _CA_  _92123_  _800-825-8131_
City  State  Zip  Phone

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
_Plaintiff received a call on his wireless phone on December 7, 2013 at 8:47 AM from the Defendant who used ATDS capable equipment to call his wireless phone number 682-560-1675 from 877-237-0512 without Plaintiff's express consent to do so in violation of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227 et.seq._

**RELIEF:** Plaintiff seeks damages in the amount of $ _1500_, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _all costs of this action including but no limited to, any attorney's fees._

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_Corporation Service Company d/b/a/ CSC - Lawyers Incorporating Service Company, 211 E. 7th St._
_Austin, TX 78701_

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

_David E. Mack_
Petitioner's Printed Name

Signature of Plaintiff or Attorney
_7720 McCallum Blvd. #2099_

**Defendant's Information (If known):**
Date of Birth: _____
Last 3 Numbers of Driver's License: _____
Last 3 Numbers of SSN: _____
Defendant's Phone Number: _800-825-8131_

Address of Plaintiff or Attorney
_Dallas_  _Texas_  _75252_
City  State  Zip
_972-735-9642_
Phone Number/Fax Number

# AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)
## CAUSE NUMBER: 32-SC-15-172


FILED

2015 JUN -8 PM 3: 10

_David E. Mack_____, PLAINTIFF § IN THE JUSTICE COURT
VS. § PRECINCT 3-2
_Midland Credit Manageme_, DEFENDANT § COLLIN COUNTY, TEXAS

My name is [please print] **David E. Mack**_____.

I am [check one] ☒ the plaintiff or ☐ an authorized agent of the plaintiff in the case described above. I am capable of making this affidavit. I have been duly sworn on oath and the facts in this affidavit are within my personal knowledge and are true and correct.

[check or fill in as applicable]

☒ 1. No defendant in this case is on active duty in the U.S. military (Army, Navy, Air Force, Marines or Coast Guard). The facts on which I base my conclusion are as follows:_____
_The Defendant is a corporation and cannot serve in the U.S. Military_____
_____

☐ 2. Defendant [insert name(s)]_____ is on active duty in the U.S. military.

☐ 3. Defendant [insert name(s)] _____ has been deployed by the U.S. military to a foreign country.

☐ 4. Plaintiff and the undersigned (if the undersigned is acting agent of plaintiff) are not able to determine whether any defendant is in the U.S. military – except for any defendant named in 2 above.

☐ 5. Plaintiff and the undersigned (if the undersigned is acting as an agent of plaintiff) are not able to determine whether any defendant who is in the U.S. military has been deployed to a foreign country – except for any defendant named in 3 above.

☐ 6. Defendant [insert name(s)] _____ has signed, while on active duty, a *separate written waiver* of his or her rights under the U.S. Servicemembers Civil Relief Act of 2003.

__[signature]__
Affiant

Sworn to and subscribed before me on this the 8th day of June, 2015

__[signature]__
(Judge)(Clerk)
Justice Court, Precinct 3-2
Collin County, Texas

[SEAL: CLERK OF COURT, JUSTICE COURT, PCT.3, PL 2, COLLIN COUNTY, TEXAS]

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* 32-SC-15172



STYLED *David E. Mack v. Midland Credit Management, Inc.*
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: David E. Mack | Telephone: 972-735-9642 | Plaintiff(s): David E. Mack |
| Address: 7720 McCallum Blvd. #2099 | Fax: | |
| City/State/Zip: Dallas TX 75252 | State Bar No: | Defendant(s): Midland Credit Management, Inc. |
| Email: mack2001@swbell.net Signature: | | [Attach additional page as necessary to list all parties] |

### 3. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| ☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction**: An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |
| ☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☒ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |